IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

EDDIE D. JONES,

        Movant,

v.                                           CIVIL ACTION NO.   3:13-24159
                                               Criminal Case No. 3:09-00196

UNITED STATES OF AMERICA,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

        This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court deny Movant's Motion for Default Judgment (ECF No. 118), deny Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 106), dismiss this civil action, with prejudice, and remove it from the docket of this Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

        Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Movant's Motion for Default Judgment (ECF No. 118), **DENIES** Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 106), **DISMISSES** this civil action, **with prejudice**, and **REMOVES** it from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:        September 22, 2015

        ROBERT C. CHAMBERS, CHIEF JUDGE